# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2018

Stephen J. Markman,
Chief Justice

156500 & (28)(29)
(30)(31)(32)(53)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                      SC: 156500
                                      COA: 337966

BRANDON LEWIS CAIN,
     Defendant-Appellant.
                                      Wayne CC: 12-005176-FC

_____/

     On order of the Court, the motion to add new issues is GRANTED. The application for leave to appeal the July 7, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for miscellaneous relief are DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2018 _____



d0509t

                                      Clerk